IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3098 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BILLIE C. ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's request for hearing (filing 41) is granted.

(2)   A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 39) has been set before the undersigned United States district judge on Friday, October 24, 2008, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)   At the request of the defendant through his counsel, the defendant will participate in the hearing by telephone.

(4)   The Marshal is directed not to return the defendant to the district.

(5)   The defendant is held to have waived his right to be present.

October 17, 2008.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge