IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3098 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BILLIE C. ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's unopposed motion to continue (filing 50) is granted.

(2)   The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filings 39 and 41) has been reset before the undersigned United States district judge to Tuesday, November 3, 2009, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)   At the request of the defendant through his counsel, the defendant will participate in the hearing by telephone.

(4)   The Marshal is directed not to return the defendant to the district.

(5)   The defendant is held to have waived his right to be present.

June 26, 2009.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge